**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X

CBC SETTLEMENT FUNDING, LLC,                                Case No.: 7:24-cv-04668-NSR

                    Plaintiff(s),

-against-

EVERLAKE ASSIGNMENT COMPANY f/k/a
ALLSTATE ASSIGNMENT COMPANY,
WILTON REASSURANCE LIFE COMPANY
OF NEW YORK f/k/a ALLSTATE LIFE
INSURANCE COMPANY OF NEW YORK, and
DEMIRAR LOWERY,

                    Defendant(s).
---------------------------------X

## **NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record: Please enter the appearance of Ilya Schwartzburg, Esq. as counsel in this case for Defendants/Interested Parties, Everlake Assignment Company f/k/a Allstate Assignment Company and Wilton Reassurance Life Company of New York f/k/a Allstate Life Insurance Company of New York. I certify that I am admitted to practice in this court.

Dated:  September 5, 2024
        Philadelphia, PA

Respectfully submitted,

By: */s/ Ilya Schwartzburg*
Ilya Schwartzburg
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 366-4443
ISchwartzburg@cozen.com
*Attorneys for Everlake Assignment Company*
*f/k/a Allstate Assignment Company and Wilton*
*Reassurance Life Company of New York f/k/a*
*Allstate Life Insurance Company of New York*