UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CBC SETTLEMENT FUNDING, LLC,                    Case No. 7:24-cv-04668-NSR

                              Plaintiff(s),
     -against-

EVERLAKE ASSIGNMENT COMPANY f/k/a               **NOTICE OF APPEARANCE**
ALLSTATE ASSIGNMENT COMPANY, WILTON
REASSURANCE LIFE COMPANY OF NEW YORK
f/k/a ALLSTATE LIFE INSURANCE COMPANY OF
NEW YORK, and DEMIRAR LOWERY,

                              Defendant(s).
------------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

     Please enter the appearance of Morris J. Schlaf, Esq. as counsel in this case for Plaintiff, CBC SETTLEMENT FUNDING, LLC. I certify that I am admitted to practice in this court.

Dated:  Astoria, New York
          September 6, 2024

                                      **SACCO & FILLAS, LLP**

                      By:    /s/ Morris J. Schlaf
                            Morris J. Schlaf, Esq.
                            31-19 Newtown Avenue
                            Seventh Floor
                            Astoria, New York 11102
                            T:(718) 269-2226
                            mschlaf@saccofillas.com
                            *Attorneys for CBC Settlement Funding LLC*