Docusign Envelope ID: 486B5C8B-454E-4521-BB93-727EA64BC414

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBC SETTLEMENT FUNDING, LLC

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Everlake Assignment Company f/k/a Allstate
Assignment Company, Wilton Reassurance Life
Company of New Tork f/k/a Allstate Life Insurance
Company of New York and Demirar Lowery,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

24 Civ. 4668 ( ) ( )

**ANSWER**

RECEIVED OCT 15 2024 U.S.D.C. W.P.

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. The sale and transfer of the structured settlement payment rights complies with all requirements

2. The sale and transfer of the structured settlement payment rights is in my best interest.

3. I have been advised in writing of the right to seek independent professional advice and have waived.

4. The sale and transfer doe not contravene any federal or state statue.

5. The Purchase Agreement and all disclosure and related documents were written in compliance with law.

6. I authorize and approve the sale and transfer pursuant to the Purchase Agreement.

7. I direct Everlake Assignment Company to recognize and honor the terms of the Purchase Agreement.

8. Direct Everlake Assignment Company to make payments in accordance.

9. Granting such other and further relief as the Court deems just, proper and equitable.

10.

Docusign Envelope ID: 488B5C8B-454E-4521-BB93-727EA64BC414

## II
### DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE: _____

SECOND DEFENSE: _____

THIRD DEFENSE: _____

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of 8/7/2024 | 9:49:20 AM PDT , 20___.

Signature of Defendant [DocuSigned signature: C909E4CC931E48E...]

Address  102 North St. Apt. 6

Middletown, NY 19040

Telephone Number  (914) 502-8611

Fax Number (if you have one) _____

Demircan Lowry
102 North St
Apt 6.
Middletown NY 19040

Attn: clerk
U.S Southern District Court
300 Quarropas Street
White Plains NY 10601



MID-ISLAND NY 117
10 OCT 2024 PM 6

US POSTAGE PITNEY BOWES
ZIP 11102
02 4W
0000378579 OCT 10 2024
$ 000.69

RECEIVED
OCT 15 2024
U.S.D.C.
W.P.

10601-414000

32718