Docusign Envelope ID: 488B5C8B-454E-4521-BB93-727EA64BC414

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBC SETTLEMENT FUNDING, LLC

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

24 Civ. 4668 ( ) ( )

- against -

Everlake Assignment Company f/k/a Allstate
Assignment Company, Wilton Reassurance Life
Company of New York f/k/a Allstate Life Insurance
Company of New York and Demirar Lowery,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**NOTICE OF APPEARANCE**

Please take notice that I, __Demirar Lowery__, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: _____, _____
        *(town/city)*    *(state)*
        8/7/2024 | 9:49 AM PDT
        _____, 20__

——DocuSigned by:
[signature]
C969E4CC931E4BE...
*Signature of Defendant*

102 North St., Apt 6
*Address*

Middletown, NY 10940
*City, State & Zip Code*

(914) 502-8611
*Telephone Number*

_____
*Fax Number (if you have one)*



Rev. 05/2007                    3