**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X

CBC SETTLEMENT FUNDING, LLC,   Case No.: 7:24-cv-04668-NSR

                    Plaintiff(s),

-against-

EVERLAKE ASSIGNMENT COMPANY f/k/a
ALLSTATE ASSIGNMENT COMPANY,
WILTON REASSURANCE LIFE COMPANY
OF NEW YORK f/k/a ALLSTATE LIFE
INSURANCE COMPANY OF NEW YORK, and
DEMIRAR LOWERY,

                    Defendant(s).
----------------------------------X

### DECLARATION OF ILYA SCHWARTZBURG IN SUPPORT OF EVERLAKE ASSIGNMENT COMPANY'S AND WILTON REASSURANCE LIFE COMPANY OF NEW YORK'S MOTION TO DISMISS PLAINTIFF'S VERIFIED PETITION

**ILYA SCHWARTZBURG**, an attorney admitted to practice before this Court, declares pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury that the foregoing is true and correct:

1. I am a Member of and attorney at the law firm of Cozen O'Connor, attorneys for interested parties Everlake Assignment Company f/k/a Allstate Assignment Company and Wilton Reassurance Life Company of New York f/k/a Allstate Life Insurance Company of New York in the above-captioned matter. Based on my review of the clients' records and Court filings in this matter, I am fully familiar with the facts and circumstances set forth herein.

2. I respectfully submit this declaration in support of interested parties Everlake Assignment Company f/k/a Allstate Assignment Company's and Wilton Reassurance Life Company of New York f/k/a Allstate Life Insurance Company of New York's Motion to Dismiss the Verified Petition of CBC Settlement Funding, LLC ("CBC Settlement").

3. Annexed hereto as **Exhibit A** is a true and correct copy of the Verified Petition filed June 19, 2024 with exhibits attached thereto ("Pet.").

4. Annexed hereto as **Exhibit B** is a true and correct copy of the Settlement Agreement and Release. (*See* Pet., ¶¶ 4 and 7).[1]

5. Annexed hereto as **Exhibit C** is a true and correct copy of the Uniform Qualified Assignment. (*See* Pet., ¶ 8).

6. Attached hereto as **Exhibit D** is a true and correct copy of the Single Premium Immediate Certain Annuity. (*See* Pet., ¶ 9).

7. Attached hereto as **Exhibit E** are true and correct copies of the Supreme Court of New York, Orange County, denials of prior attempts to transfer portions of the payment rights.

Dated: October 21, 2024
New York, NY

Respectfully submitted,

By: /s/ Ilya Schwartzburg
Ilya Schwartzburg
Cozen O'Connor
ISchwartzburg@Cozen.com

*Attorneys for Everlake Assignment Company f/k/a Allstate Assignment Company and Wilton Reassurance Life Company of New York f/k/a Allstate Life Insurance Company of New York*

---

[1] Exhibits have been redacted to protect any personal information.