Docusign Envelope ID: 3488BD8A-1393-4E5D-BD06-0EC601D5D23B

Docket in case # __24__ CV __4668__
As: Pro se ltr
Date: 3 / 18 / 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025

# DEMIRAR LOWERY
## 102 North Street, #6
## Middletown, NY 10940-5536

March 7, 2025



CBC Settlement Funding, LLC
ATTN: Underwriting Department
181 Washington Street, Suite 375
Conshohocken, PA 19428

Re: 7:24-cv-04668 – CBC Settlement Funding, LLC v. Everlake Assignment Co., et al.

To Whom It May Concern:

This letter is my notice of cancellation of the Purchase and Sale Agreement dated May 21, 2024 regarding my structured settlement payments or my right to receive structured settlement payments. I have determined that the transfer is not in my best interests. I do not wish to do business with CBC Settlement Funding, LLC at this time. If circumstances change, I will contact CBC Settlement Funding, LLC.

Thank you.

Sincerely,

DocuSigned by:

Demirar Lowery
A2817E6657477420...

cc: Honorable Nelson Stephen Roman sending via facsimile (914) 390-4179
 Ilya Schwartzburg, Esq., sent via email to ischwartzburg@cozen.com
 Luigi Brandimarte, Esq., sent via email to lbrandimarte@saccofillas.com

# FAX COVER SHEET

**To:** Judge Nelson Roman        **From:** Demirar Lowery

**Company:**                      **Date:** March 07, 2025 16:15

**Fax Number:** 19143904179       **Pages (Including cover):** 2

**Re:** 7:24-cv-04668 – CBC Settlement Funding, LLC v. Everlake Assignment Co., et al.

**Notes:**

Please see the attached Letter of Cancellation