```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2025
```

**DEMIRAR LOWERY**
380 N. Broadway, Apt. C12
Yonkers, NY 10701-2066

---

March 31, 2025

*Via electronic mail romannysdchambers@nysd.uscourts.gov*
Honorable Nelson Stephen Roman
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  7:24-cv-04668 – CBC Settlement Funding, LLC v. Everlake Assignment Co., et al.

Your Honor:

Further to my cancellation letter dated March 7, 2025 of the agreement with CBC Settlement Funding, LLC, please accept this letter as my specific request to have the above matter dismissed.  This filing has caused me anxiety and stress and I just want it to be over.

Thank you.

Sincerely,

*DocuSigned by:*
Demirar Lowery
A2817E665777420...

cc:  Ilya Schwartzburg, Esq., sent via email to ischwartzburg@cozen.com
     Luigi Brandimarte, Esq., sent via email to lbrandimarte@saccofillas.com

**MEMO ENDORSED**

**The Court is in receipt of *pro se* Defendant Lowery's letter dated March 31, 2025 requesting cancellation of her agreement with CBC Settlement Funding, LLC. For the Court to rule on any request by Ms. Lowery, she will need to file a formal motion that complies with the Court's Individual Rules of Practice. The Clerk of Court is directed to mail a copy of this endorsement to *pro se* Defendant Lowery and to show service on the docket.**

     Dated: April 1, 2025
          White Plains, NY                         SO ORDERED:

                                                  _____
                                                  NELSON S. ROMÁN
                                                  United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.



- Our online Intake Form is accessible via one of these methods:
    - Scan the QR code to the right.
    - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)