

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2226
Direct Fax: 718 425-9656

mschlaf@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
 seph Badalov
 mes R. Baez*
 seph Benincasa
 ck Berry
 ira J. Biegacz
 ctor I. Bota*
 athan A. Brill*
 anne Ciaramella
 ivid A. Craven
 lex Diaz
 iristopher DelCioppio*
 ırt A. Doiron
 nnifer Fleming
 inald B. Groman
 adeline Howard
 chary S. Kaplan
 eoffrey Kalender
 mes Y. Kim*
 tricia R. Lynch
 hn P. Margand
Albert R. Matuza, Jr.
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025
```

April 25, 2025

**Via Fax: (914) 390-4179**

Hon. Nelson S. Román
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   CBC Settlement Funding, LLC v. Everlake Assignment Company, et al.
      Docket No.: 7:24-cv-04668-NSR
      Our File No.: 32718-24

Dear Honorable Judge Román:

We represent Plaintiff CBC Settlement Funding, LLC in the above-referenced matter. On December 11, 2024, a motion to dismiss by the Defendants was fully submitted and briefed (ECF Doc. Nos. 20-22). We respectfully write to request the status of the decision on this motion.

Very truly yours,

**SACCO & FILLAS, LLP**

By: Morris J. Schlaf, Esq.

CC:   Ilya Schwartzburg, Attorney for Defendants
      (ischwartzburg@cozen.com)

      Demirar Lowery, pro se
      (lilmira21@hotmail.com)

**The Court is in receipt of Plaintiff's letter requesting a status update on the pending motion to dismiss. The Court has received the parties' briefing papers and a decision will be issued in due time.**

Dated: April 25, 2025
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Main Office
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Bayside Office
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

ffice
itral Road
)24