**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CBC SETTLEMENT FUNDING, LLC,

                         Plaintiff,

    -against-                                  24 **CIVIL** 4668 (NSR)

## JUDGMENT

EVERLAKE ASSIGNMENT COMPANY f/k/a
ALLSTATE ASSIGNMENT COMPANY,
WILTON REASSURANCE LIFE COMPANY OF
NEW YORK f/k/a ALLSTATE LIFE
INSURANCE COMPANY OF NEW YORK, and
DEMIRAR LOWERY,

                        Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 27, 2025, Defendants' motion to dismiss is GRANTED. Plaintiff's petition is dismissed with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      May 28, 2025

                                                       **TAMMI M. HELLWIG**

                                                       **Clerk of Court**

                      **BY:**

                                                       **Deputy Clerk**